## UNITED STATES DISTRICT COURT

for

## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

JUN 08 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

U. S. A. vs. Albert Larry Heard

Docket No. 1:05-CR-422-01-CAP

### PETITION FOR WARRANT AND ORDER TO SHOW CAUSE
### WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED

COMES NOW Beth B. Hammond PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Albert Larry Heard who was placed on supervision for the offense of Count One: Bank Robbery and Count Three: Use of a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. §§ 2113(a) & (d) and 924(c)(1), by the Honorable Duross Fitzpatrick sitting in the court at Athens, Georgia, on the 10th day of November, 1993 who fixed the period of supervision at 60 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a program approved by the U. S. Probation Officer for urinalysis testing, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol and if necessary, treatment for alcohol or drug dependency as directed by the U.S. Probation Officer.

The defendant shall not own or possess a firearm, destructive device or dangerous weapon.

***Transfer of jurisdiction was accepted by Your Honor on August 17, 2005. This case was opened in the Northern District of Georgia on September 9, 2005.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

1. **Violation of the Law:** On or about May 16, 2006, Heard was arrested by the Atlanta Police Department and charged with the offense of Possession with Intent to Distribute Cocaine.

2. **Violation of Condition # 11 regarding notifying the probation officer within 72 hours of being arrested or questioned by law enforcement officers:** On or about May 16, 2006, Heard was arrested by the Atlanta Police Department and charged with the offense of Possession with Intent to Distribute Cocaine. Heard failed to notify the probation officer of the arrest.

3. **Violation of Condition # 7 regarding possession of cocaine:** On or about May 16, 2006, Heard was found to be in possession of cocaine as evidenced by his arrest by the Atlanta Police Department for Possession with Intent to Distribute Cocaine.

4. **Violation of Condition #7 regarding possession/use of cocaine and Special Condition regarding drug/alcohol aftercare:** Heard submitted urines that were subsequently returned as positive for cocaine on the following dates: April 3, 2006, April 11, 2006, and May 8, 2006.

5. **Violation of Special Condition regarding drug/alcohol aftercare:** Heard was directed by the probation officer to attend weekly outpatient group substance abuse counseling sessions at Atlanta Psychological Associates. Heard failed to attend a scheduled counseling session on May 18, 2006.

PRAYING THAT THE COURT WILL ORDER a warrant issued for said Albert Larry Heard and that Albert Larry Heard be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this ___6___ day of ___June___, 2006 and ordered filed and made a part of the records in the above case.

_____
Honorable Charles A. Pannell, Jr.
United States District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

_____
Beth B. Hammond
Sr. U. S. Probation Officer

Place: Atlanta, Georgia

Date: May 30, 2006

_____
Leigh A. Knight
Supervising U. S. Probation Officer

AO442 (Rev. 5/93)

# UNITED STATES DISTRICT COURT
## Northern District of Georgia

## WARRANT FOR ARREST

**UNITED STATES OF AMERICA**
v.
**Albert Larry Heard**

Case Number: 1:05-CR-422-01-CAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Albert Larry Heard and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ■ Supervised Release Violation Petition

charging him with:

Violation of the Law, Failure to Notify PO of arrest, Possession of Cocaine, Use of Cocaine and Failure to Participate in Drug/Alcohol Aftercare requirements. In violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_[signature]_
Honorable Charles A. Pannell, Jr.
U. S. District Court Judge

Date: 6 June 06

Location: Atlanta

Bail fixed at $ _____ By _____
                                    Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ||| 
| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |